

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*600 U.S. Courthouse*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Atlanta, Georgia 30303*

April 30, 2020

Courtroom Deputies

United States Courthouse
Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re:
U.S. v. $411,120.00, 1:20-cv-00494-CC
U.S. v. One Smith & Wesson, Model 25, et al, 1:20-cv-00493-CAP
U.S. v. $21,865.00, 1:19-cv-04515-SDG
U.S. v One 2014 Chevrolet Corvette Coupe et al, 1:15-cv-04027-AT
U.S. v. $250,215.00, 1:19-cv-03321-TWT
U.S. v. $258,312.00, 1:19-cv-04156-LMM
U.S. v. $148,967.00, 1:12-cv-00843-LMM
U.S. v. $48,347.37 in Funds, 4:20-cv-9-TCB
U.S. v. $38,507, 1:19-cv-5752-MHC
U.S. v. $13,444, 1:19-cv-5536-MLB
U.S. v. $22,174, 1:20-cv-1763-SCJ
U.S. v. Taurus Model Millenium Pro PT145 .45 Caliber Handgun, 1:20-cv-1866-ODE
U.S. v. Anderson Manufacturing AM-15 Multi Caliber Rifle, 1:19-cv-1882-JPB
U.S. v. One Smith & Wesson, Model 25, .45 Caliber Revolver, 1:20-cv-493-CAP
U.S. v. 245 Richlake Drive, Suwanee, Gwinnett County, GA, 1:19-cv-1113-CC
U.S. v. $16,379.29 in Funds, et al, 1:17-cv-3139-AT
U.S. v. $1,002,402.82 et al, 1:20-cv-1766-MHC
U.S. v. $18,710, 1:20-cv-1258-JPB
U.S. v. One Glock Model 17, 1:20-cv-1386-CAP
U.S. v. $36,897, 1:19-cv-5291-CAP
U.S. v. $2,080, et al, 1:20-cv-362-JPB
U.S. v. One 2018 Dodge Journey SE, et al, 1:20-cv-961-CC
U.S. v. 2014 BMW M6 Gran Coupe, 1:14-cv-3373-ODE
U.S. v Battle, 1:19-cr-00129-MLB
U.S. v Davis, 1:18-cr-00141-MLB
U.S. v Vega, et al 1:19-cr-00141-AT
U.S. v Lloyd 1:20-cr-0067-AT

      <u>U.S. v White,</u> 1:18-cr-340-ELR
      <u>U.S. v Dixon, et al,</u> 1:19-cr-438-ODE
      <u>U.S. v Onyema, et al,</u> 1:19-cr-438
      <u>U.S. v. Gbenedio,</u> 1:17-cr-430-TWT
      <u>U.S. v. Gonzalez-Hernandez, et al,</u> 1:19-cv-142-TCB
      <u>U.S. v. Perez,</u> 4:19-cr-31-TWT

Dear Courtroom Deputies:

      By this letter, and pursuant to LCrR 57.1E(4), NDGa., I write to notify the Court that I will be out of the office May 25, 2020 through June 2, 2020 and that the Court not schedule any appearances in the above-referenced matters on those dates.

      Sincerely,

      BYUNG J. PAK
      UNITED STATES ATTORNEY

      <u>/s/ MICHAEL J. BROWN</u>
      ASSISTANT UNITED STATES ATTORNEY

cc:    Defense Counsel (via ECF)